# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| INVOKANA PLAINTIFFS, | : | Civil Action Nos. [A list of all pending cases before this Court is attached hereto Exhibit A] |
| Plaintiffs, | : | |
| v. | : | |
| JANSSEN PHARMACEUTICALS, INC., et al. | : | |
| Defendants. | : | |
| | : | **CASE MANAGEMENT ORDER #3** |

**THESE MATTERS** having been assigned to the Honorable Brian R. Martinotti, U.S.D.J. on August 8, 2016, by the Order of Chief Judge Jerome B. Simandle, the Court having reviewed the individual docket, all pending motions, and having conducted prior case management conferences ("CMC"), and a CMC having been conducted on November 15, 2016, with the Honorable Lois H. Goodman, U.S.M.J. also presiding, counsel appearing, for good cause shown and for the reasons set forth on the record,

**IT IS** on this 15th day of November 2016,

**ORDERED**

## I.     ORDERS SINCE LAST CMC

A. Case Management Order ("CMO") #2, entered October 5, 2016

B. Protective Order Regarding Confidential Information, entered November 4, 2016

## II.     COMPLIANCE WITH CMO #2

A. Short Form Complaint ("SFC") and Short Form Answer ("SFA"): Counsel will continue to meet and confer regarding a Master Complaint, SFC, Master Answer, and SFA, specifically discussing a procedure regarding allegations of fraud. [The parties have represented to the Court that they are close to an agreement regarding the Mitsubishi Tanabe defendant.]

B. Plaintiffs' Fact Sheet ("PFS"): The parties will continue to meet and confer, understanding that the PFS is contingent on an agreement in Section II(A).

C. Defendants' Fact Sheet ("DFS"): The parties will confer on a Defense Fact Sheet once the issue relating to foreign defendants is resolved.

D. Preservation Order: The parties have met and conferred on a Preservation Order. The Defendants have represented that they are in compliance with the Federal Rules and applicable case law regarding preservation of materials and maintain there is no need for a formal order.

E. ESI Order: The parties jointly submitted a proposed ESI Order on October 31, 2016.

F. Parameters of Discovery: Janssen has made nine productions to date comprising over 400,000 documents and 3.8 million pages. The parties will be conferring on amendments to the search terms if needed and document productions.

G. Case List: Attached to this CMC is an up to date list of the 54 Invokana cases pending in this Court.

### III. CASE MANAGEMENT

A. Status of Invokana litigation:

   1. District of New Jersey Cases: Cases filed since last CMC are noted with asterisk on the list attached hereto as Exhibit A.

   2. Pending JPML Petition for MDL: JPML hearing scheduled for December 1, 2016 in Charlotte, North Carolina.

   3. Other federal and state court cases: The Court has been advised that, since the last CMC, other cases have been filed in federal and state courts.

### IV. DISCOVERY

A. Judge Goodman shall preside over all discovery matters. All motions to seal shall be filed as omnibus motions.

### V. GENERAL/SCHEDULING

A. The next CMC is scheduled for January 12, 2016, at 11:00am. Liaison counsel shall appear at 10:00am.

B. Counsel is required to submit a joint agenda five (5) days prior to the next scheduled conference, which shall include an up to date list of Invokana cases pending in this Court. If there are any disagreements as to the agenda, counsel shall set forth each party's position.

C. Counsel may contact Judge Martinotti or Judge Goodman *ex parte* for the purpose of settlement discussions only.

D. Counsel is required to abide by Judge Martinotti's and Judge Goodman's submission and communication procedures, respectively, unless and until the Court so orders superseding rules for this litigation.

*/s/ Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT COURT**

# EXHIBIT A

## List of cases pending before this Court a/o 11/15/16

15-8070 PUENTE
16-1786 BENJAMIN
16-1787 PARTINGTON
16-1897 ANDERS
16-1898 SWINNEY
16-1931 SEIFRIED
16-2048 BOWLING
16-2050 ROBERTSON
16-2278 HUMPRIES
16-2361 GARCIA
16-2386 MILBURN
16-2938 KUNO
16-3114 THOMPSON
16-3362 HENDERSON
16-3993 SCHNITZER
16-4024 WADDLE
16-4136 WARREN
16-4484 DESALIS
16-4485 FOREHAND
16-4486 JACKSON
16-4489 ROGERS
16-4490 SUTHERLAND
16-6046 GREEN
16-5940 SANDERS
16-5316 LEMKE
16-5478 ERVIN
16-5645 BUCHANAN

16-5683 WILLIAMS
16-5479 SARKISYAN
16-5674 HUDSON
16-5682 STRINGER
16-5676 KEMP
16-5388 MULLIN
16-5394 ERWAY
16-5677 LUNA
16-5383 JOHNSTON
16-5681 POOLE
16-5649 FELIX
16-5675 JAYJOHN
16-5696 WOOD
16-6049 MOREY
16-6143 PUGA
16-6183 SMITH
16-6192 SWEARINGEN
16-6476 CHAFE
*16-6760 ANDERSON
*16-7520 FIELDS
*16-7572 PLOTT
*16-7591 MONOT
*16-8004 REDMOND
*16-8007 BENTLEY
*16-8074 ARIS
*16-8132 BENNETT
*16-8133 NICHOLS
*16-8134 WATTS